█ In the Matter of HARRY S. KIEVAL, Appellant, against LEWIS A. WILSON, as Commissioner of Education of the State of New York, et al., Respondents.— Motion for permission to appeal to the Court of Appeals denied. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See 285 App. Div. 1203.]

█ In the Matter of the Claim of JOHN R. STEIN, Respondent, against WILLIAM WEINBERGER, Doing Business as JOHN'S BAR AND GRILLE, et al., Appellants, et al., Respondent. WORKMEN'S COMPENSATION BOARD, Respondent. — Motion to modify the decision of this court, handed down December 23, 1955, granted, and costs are awarded to the appellants, William Weinberger, Doing Business as John's Bar and Grille, employer, and Great American Indemnity Company, carrier, against the respondent, Workmen's Compensation Board. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See ante, p. 707.]

█ LUKE E. W. JOHNSON, Respondent, v. EDITH BEYER, as Administratrix of the Estate of WILLIAM E. BEEMAN, Deceased, Defendant, and MABEL HERPST, as Administratrix of the Estate of JOHN F. ZAZYNSKI, Deceased, Appellant. LUKE E. W. JOHNSON, as Executor of BERTHA M. JOHNSON, Deceased, Respondent, v. EDITH BEYER, as Administratrix of the Estate of WILLIAM E. BEEMAN, Deceased, Defendant, and MABEL HERPST, as Administratrix of the Estate of JOHN F. ZAZYNSKI, Deceased, Appellant.— Motion for permission to appeal to the Court of Appeals granted, with $10 costs, and this court certifies that questions of law have arisen which in its opinion ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See ante, p. 730.]

█ LUCILLE MOBLEY, as Administratrix of the Estate of GREEN E. MOBLEY, Deceased, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 30392.) — Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Halpern, Zeller and Gibson, JJ. [See ante, p. 731.]